6019.   SAVAGE *v.* ATLANTIC COAST LINE RAILROAD COMPANY.

RUSSELL, C. J.  This being the first grant of a new trial, and it not being made to appear that the judge abused his discretion, or that the law and facts required the verdict rendered, the judgment will not be disturbed by the Court of Appeals. Civil Code, § 6204. Even if the evidence required a verdict for the plaintiff, it can not be said that a finding for the exact amount of the verdict rendered was demanded in such a sense that the exercise of the discretion of the trial judge upon that point was precluded.                               *Judgment affirmed.*

DECIDED JUNE 28, 1915.

Action for damages; from city court of Macon—Judge Hodges. September 12, 1914.

*Robert L. Berner,* for plaintiff.
*Hardeman, Jones, Park & Johnston,* for defendant.